CHRISTOPHER S. RUHLAND (State Bar No. 175054)
cruhland@orrick.com
CAROLYN M. TRINH (State Bar No. 254422)
ctrinh@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

Attorneys for Plaintiff
Investor's Business Daily, Inc.

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVESTOR'S BUSINESS DAILY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK CHIONIS, an individual; ERIC KRULL, an individual; CHIONIS & KRULL INVESTMENT MANAGEMENT, LLC, a Delaware Limited Liability Company; VERITAS GROWTH FUND, LP, a Delaware Limited Partnership; VERITAS GROWTH FUND, LTD., a British Virgin Islands Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV10-7353-CBM(SSx)<br><br>**PERMANENT INJUNCTION** |

OHS West:261026832.1

The Court has reviewed the joint Stipulation to Permanent Injunction (the "Stipulation"), submitted by plaintiff the Investor's Business Daily, Inc. ("IBD") and defendants Mark Chionis, Eric Krull, Chionis and Krull Investment Management, LLC, Veritas Growth Fund, LP, and Veritas Growth Fund, Ltd., (collectively, the "Defendants").

Based on the Stipulation, and good cause appearing, the Court hereby enters a permanent injunction as following:

1.   Each Defendant, together with each of their officers, directors, agents, servants, employees and attorneys, and those in active concert or participation with each of them, is permanently restrained and enjoined from imitating, copying, counterfeiting, or making unauthorized use of the trademarks owned by IBD, including but not limited to, INVESTOR'S BUSINESS DAILY® (U.S. Reg. No. 2,279,247 and 1,710,901), IBD® (U.S. Reg. No. 3,028,338), and CAN SLIM® (U.S. Reg. No. 3,081,940), (collectively the "IBD Trademarks"), in connection with the sale, offering for sale, advertising, or promotion of any good or service, except that Messrs. Chionis and Krull can say that they "attended the CAN SLIM Masters Program and passed the CAN SLIM Masters exam"; and

2.   Each Defendant, together with each of their officers, directors, agents, servants, employees and attorneys, and those in active concert or participation with each of them, is permanently restrained and enjoined from reproducing, distributing, creating any derivative works, or publicly displaying any portion of IBD's copyrighted works, including the Investor's Business Daily newspaper, except as explicitly authorized by IBD in writing; and

3.   Each Defendant, together with each of their officers, directors, agents, servants, employees and attorneys, and those in active concert or participation with each of them, is permanently restrained and enjoined from otherwise using any word, term, name, symbol, or device, or any combination thereof, or any false

designation of origin, false or misleading description of fact, or false or misleading representation of fact, on or in connection with any goods or services which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of any of the Defendants with IBD, or association of such Defendants with IBD, or as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by IBD; and

4. The Court shall retain jurisdiction after the termination of this action to enforce this permanent injunction.

Dated: 11/24/10

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

OHS West:261026832.1

- 3 -

[PROPOSED] PERMANENT INJUNCTION
CV10-7353-CMB-SSx